# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. FOWLER COMPANY, an Oregon corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PATTERSON MOTOR FREIGHT, INC. dba PATTERSON MOTOR FREIGHT dba PATTERSON MOTORFREIGHT INCORPORATED dba PATTERSON NOBLES MOTORFREIGHT, a California corporation, PATTERSON HOLDINGS, LLC, a California limited liability company; and EDWARD G. PATTERSON, an individual, ,<br><br>　　　　　　　Defendants.<br>_____ | Case No. 1:06-cv-00869 AWI TAG<br><br>ORDER DISQUALIFYING JUDGE<br><br>ORDER REASSIGNING CASE<br><br>ORDER VACATING INITIAL SCHEDULING CONFERENCE<br><br>and<br><br>ORDER DIRECTING CLERK TO SET INITIAL SCHEDULING CONFERENCE |

It appears to the undersigned, the Magistrate Judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

It is therefore ORDERED that the undersigned HEREBY RECUSES herself as the magistrate judge to whom this case is assigned.

It is FURTHER ORDERED that the Clerk of the Court reassign this case to another magistrate judge for all further proceedings, making appropriate adjustments in the assignments of cases to compensate for such reassignment. All further pleadings filed with this Court shall use the following new case number: **1:06-cv-00869 AWI SMS.** Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

///

1  It is FURTHER ORDERED that the Initial Scheduling Conference previously set for October 11, 2006 at 9:00 a.m. before Magistrate Judge Goldner is VACATED and that the clerk is ORDERED to RESCHEDULE an Initial Scheduling Conference before Magistrate Judge Snyder.

IT IS SO ORDERED.

Dated: **August 16, 2006**　　　　　　　　　　　　**/s/ Theresa A. Goldner**
**j6eb3d**　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE