Allen W. Estes, III, Esq. SBN: 212075
OLES MORRISON RINKER & BAKER LLP
701 Pike Street, Suite 1700
Seattle, WA  98101-2310
(206) 623-3427

Attorneys for Plaintiff
James W. Fowler Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. FOWLER COMPANY, an Oregon corporation<br><br>           Plaintiff,<br><br>   v.<br><br>PATTERSON MOTOR FREIGHT, INC. dba PATTERSON MOTOR FREIGHT dba PATTERSON MOTORFREIGHT INCORPORATED dba PATTERSON NOBLES MOTORFREIGHT, a California corporation, PATTERSON HOLDINGS, LLC, a California limited liability company; and EDWARD G. PATTERSON, an individual<br><br>           Defendants. | No. 1:06-cv-00869 AWI SMS<br><br>**STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT AND TO CHANGE CAPTION**<br><br>**ORDER**<br><br>FRCP 15 and 17<br><br>Pleading Amendment Deadline: 1/31/07 |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

   IT IS FURTHER STIPULATED by and between the parties hereto that Northwest Equipment Rental, Inc. will be substituted as the real party in interest in this dispute for James W. Fowler Company and that the caption shall reflect the same.

*James W. Fowler Company v. Patterson Motor Freight, Inc., et al.*
STIPULATION TO FILE SECOND AMENDED COMPLAINT- 1
~7476734.doc

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA  98101-3930
PHONE:  (206) 623-3427
FAX:  (206) 682-6234

PDF created with pdfFactory trial version www.pdffactory.com

IT IS FURTHER STIPULATED that defendants waive notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendants to the First Amended Complaint shall be responsive to the Second Amended Complaint attached hereto.

DATED this 6th day of December, 2006.

By: /s/ Allen W. Estes, III
OLES MORRISON RINKER & BAKER LLP
701 Pike Street, Suite 1700
Seattle, WA. 98101
Phone:     (206) 623-3427
Facsimile: (206) 682-6234
estes@oles.com
California Bar No. 212075

By: /s/ Steven J. Lee
KLEIN DENATALE GOLDNER COOPER ROSENLEB & KIMBALL, LLP
4550 California Avenue, 2nd Floor
Bakersfield, CA 93309
Phone:     (661) 395-1000
Facsimile: (661) 326-0418
slee@kleinlaw.com
California Bar No. 134499

**ORDER -** APPROVED AS TO FORM – Second Amended Complaint to be e-filed within five days from service of this order.

DATED this 12th day of December, 2006.

/s/ Sandra M. Snyder
U.S. Magistrate Judge Sandra M. Snyder

*James W. Fowler Company v. Patterson Motor Freight, Inc., et al.*
STIPULATION TO FILE SECOND AMENDED COMPLAINT- 2
~7476734.doc

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA  98101-3930
PHONE:  (206) 623-3427
FAX:  (206) 682-6234

PDF created with pdfFactory trial version www.pdffactory.com