Allen W. Estes, III, Esq. SBN: 212075
OLES MORRISON RINKER & BAKER LLP
701 Pike Street, Suite 1700
Seattle, WA 98101-2310
(206) 623-3427

Attorneys for Plaintiff
Northwest Equipment Rental, Inc.

FILED

MAY 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST EQUIPMENT RENTAL, INC., an Oregon corporation<br><br>Plaintiff,<br><br>v.<br><br>PATTERSON MOTOR FREIGHT, INC. dba PATTERSON MOTOR FREIGHT dba PATTERSON MOTORFREIGHT INCORPORATED dba PATTERSON NOBLES MOTORFREIGHT, a California corporation, PATTERSON HOLDINGS, LLC, a California limited liability company; and EDWARD G. PATTERSON, an individual<br><br>Defendants. | No. 1:06-cv-00869 AWI SMS<br><br>**STIPULATION OF DISMISSAL**<br><br>[FRCP 41(a)] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel of record that the above-captioned action be and hereby is dismissed with

---

*Northwest Equipment Rental v. Patterson Motor Freight, Inc., et al.*
**STIPULATION OF DISMISSAL- 1**
P-AWE-STIPULATION OF DISMISSAL 021307 113060002.doc

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

1  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

3  Dated: April 30, 2007

6  /s/Allen W. Estes, III
   Allen W. Estes, III
   OLES MORRISON RINKER & BAKER, LLP

8  Attorneys for Plaintiff Northwest Equipment Rental, Inc.

10 Dated: March 20, 2007

12 /s/Steven J. Lee
   Steven J. Lee
13 KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

14 Attorneys for Defendants Patterson Motor Freight, Inc. dba Patterson Motor Freight dba Patterson Motorfreight Incorporated dba Patterson Nobles Motor Freight, Patterson Holdings, LLC and Edward G. Patterson

It is so Ordered. Dated: 5-2-07

United States District Judge

Northwest Equipment Rental v. Patterson Motor Freight, Inc., et al.
STIPULATION OF DISMISSAL- 2
P-AWE-STIPULATION OF DISMISSAL 021307 113060002.doc

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

PROOF OF ELECTRONIC SERVICE

I am employed in the county of King, State of Washington. I am over the age of 18 and not a party to the within action; my business address is 701 Pike Street, Suite 1700, Seattle, WA. 98101.

On , I served the foregoing document described as follows: **STIPULATION OF DISMISSAL** by submitting an electronic version of the document(s) listed via PACER, pursuant to Local Rule 5-135. I certify that said transmission was complete and that all pages contain therein were received as follows:

Steven J. Lee, Esq.
Klein, DeNatale, Goldner
Cooper, Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
P.O. Box 11172
Bakersfield, CA. 93389-1172
Phone:     661.395.1000 ext. 5233
Fax:       661.326.0418
Email:     slee@kleinlaw.com

Executed on May 1, 2007, at Seattle, Washington.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| Jaimie M. L. O'Tey | /s/Jaimie M. L. O'Tey |
|---|---|
| Type or Print Name | Signature |

*Northwest Equipment Rental v. Patterson Motor Freight, Inc., et al.*
**STIPULATION OF DISMISSAL- 3**
P-AWE-STIPULATION OF DISMISSAL 021307 113060002.doc

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234